**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAWRENCE HENDERSON THOMAS ) | Case No. 21−30247−KLP |
| ) | Chapter 13 |
| Debtor ) | |

**DEBTOR'S RESPONSE TO OBJECTION**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, the Debtor, by counsel, and in response to the Objection to Confirmation of Chapter 13 Plan ("Objection") filed by Chanell Thomas herein, states as follows:

1. The Debtor denies the allegations contained in Paragraph 1 of the Objection on the grounds that Chanell Thomas is not a secured creditor and the Property Settlement Agreement referenced therein is not "perfected" as alleged.

2. The Debtor denies the allegations contained in Paragraph 2 of the Objection on the grounds that Chanell Thomas is not a secured creditor.  The Debtor further states that he has filed an objection to Claim Number 6 by Chanell Thomas for a purported priority tax debt pursuant to 11 U.S.C. § 507(a)(8) in the amount of $5,078.39 ("Claim"), on the grounds that the Claim is not a priority tax debt.  Chanell Thomas is an individual, not a governmental unit entitled to priority status as required by 11 U.S.C. § 507(a)(8).  Chanell Thomas' claim is for the Debtor's obligation to pay a joint tax debt under a property settlement agreement, which is a general unsecured claim.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

3. The Debtor denies the allegations contained in Paragraph 3 of the Objection on the grounds that Chanell Thomas is not a secured creditor. The Debtor further states that he has property scheduled and the Plan is treating the IRS as a priority creditor in the amount of $500.00 and an general unsecured creditor in the amount of $6,000, which is proper under 11 U.S.C. 1325.

4. The Debtor denies the allegations contained in Paragraph 4 of the Objection on the grounds that Chanell Thomas is not a secured creditor. The Debtor further states that Chanell Thomas is not entitled to interest on her claim.

5. The Debtor denies the allegations contained in Paragraph 5 of the Objection and demands strict proof thereof.

WHEREFORE, the Debtor respectfully requests that the Objection to Confirmation of Chapter 13 Plan filed by Chanell Thomas be overruled, that the Chapter 13 Plan filed herein be confirmed, and for such other relief as the Court deems appropriate.

LAWRENCE HENDERSON THOMAS

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and will mail a copy hereof by first class mail, postage prepaid, to:

> Chanell Thomas
> 3827 Ruslander Ct.
> Richmond, VA 23223

/s/ James E. Kane
James E. Kane