**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In Re:

    LAWRENCE HENDERSON THOMAS,   )
                                                  )
           Debtor.                          )    Case No. 21-30247-KRH
                                                  )    Chapter 13

## AMENDED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, creditor Chanell Thomas, by Counsel, and hereby responds to Debtor's Response to her Objection to Confirmation of Chapter 13 Plan filed on March 20, 2021 and states accordingly:

1. Creditor is Chanell Thomas, former spouse to Debtor and divorced on January 27, 2021.

2. The analysis of Creditor's amended objection begins with two orders of the Henrico Juvenile and Domestic Relations Court ("Henrico J&DR").

3. In an October 10, 2017 spousal support hearing, Henrico J&DR ordered Debtor to "pay the IRS $150." (Exhibit A)

4. In a February, 27, 2018 spousal support hearing, Henrico J&DR ordered Debtor to pay this $150 amount "monthly." (Exhibit A)

5. Previous to both hearings, the IRS had assessed taxes to both parties for tax years 2012-2017. (Exhibit B).

6. Based on the date of the amended spousal support order, there currently exists an arrearage of approximately $5700.00 made payable to the IRS (38 months x $150.00/ea).

7. Mysteriously, Debtor's 1325 certification filed on January 26, 2021, claims he "[has] not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation (as that term is defined in 11 U.S.C. section 101(14A)."

8. Debtor's Plan, also filed on January 26, 2021, does not account for this spousal support arrearage.

9. Debtor has not kept up with the support order since the ruling or since the bankruptcy was filed.

10. Therefore, while Debtor is correct that the Creditor is not entitled to priority status, the obligation to pay the joint tax debt is spousal support, is in arrears, and must be paid to the IRS at 100%.

WHEREFORE, Creditor prays this honorable Court denies confirmation of the Chapter 13 plan and any other relief that it deems proper.

CHANELL THOMAS

BY: /s/ Christopher M. Winslow
Christopher M. Winslow, Esq. (76156)
WINSLOW & MCCURRY, PLLC
1324 Sycamore Square Suite 202 C
Midlothian, VA 23113
Tel.: (804) 423-1382
Fax: (804) 423-1383
chris@chriswinslow.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Amended Objection to Confirmation of Chapter 13 Plan was served by first class mail postage prepaid this 19th Day of April, 2021 on all necessary parties including Suzanne E. Wade Trustee, 7202 Glen Forest Dr. Ste 202 Richmond, VA 23226; James E. Kane, Kane & Papa, PC 1313 East Cary Street, Richmond, VA 23219; and Chanell Thomas, Creditor, 3827 Ruslander Ct. Richmond, VA 23223.

/s/Christopher M. Winslow
Christopher M. Winslow, Esq.

EXHIBIT A

## ORDER
**Commonwealth of Virginia**

Case No. JA026273-09-01

HENRICO J & DR - ADULT _____ Juvenile and Domestic Relations District Court

THOMAS, CHANELL GAINES _____ v/In re: THOMAS, LAWRENCE HENDERSON

**THE FOLLOWING PARTIES WERE PRESENT:**

[ ] Juvenile  [ ] Attorney: _____    [ ] Probation Officer _____

[ ] Guardian ad Litem _____

[ ] Parent _____ [ ] MOTHER  [ ] FATHER    [ ] Parent _____ [ ] MOTHER  [ ] FATHER

[ ] Guardian _____    [ ] Other _____

[X] Petitioner/Complainant  [ ] Attorney: _____

[X] Respondent/Defendant  [ ] Attorney: _____

[ ] Commonwealth's Attorney _____    [ ] _____

**Type of Case:**
[ ] Felony  [ ] Misdemeanor  [ ] Status  [ ] Custody  [ ] Visitation  [X] Support  [ ] Foster Care  [ ] Other

**Type of Hearing:**
[ ] Advisement/Appointment of Counsel  [ ] Detention Hearing  [ ] Transfer Hearing
[ ] Adjudicatory Hearing  [ ] Disposition Hearing  [ ] Continuance  [ ] Review  [ ] Preliminary Hearing
[ ] Show Cause  [ ] Trial  [X] Motion  [ ] _____

**PLEA:** _____

**FINDINGS OF THE COURT:**
FOR CLARIFICATION, THE COURT'S PREVIOUS ORDER DATED 10/10/2017 ORDERED THE RESPONDENT TO PAY $150 TO THE IRS. THE COURT'S ORDER INADVERTENTLY OMITTED THE FREQUENCY FOR THE $150 PAYMENT ALTHOUGH THE COURT VERBALLY ADVISED THE PARTIES THAT SUCH PAYMENT SHOULD BE PAID MONTHLY.

*[handwritten: Has not paid March 2018]*

**IT IS ORDERED THAT:**
THE COURT GRANTS THE MOTION AND AMENDS THE SCRIVENER'S ERROR OF THE 10/10/2017 ORDER. THE RESPONDENT SHALL PAY TO PAY $150 PER MONTH TO THE IRS TOWARDS THE JOINT TAX DEBT. THE PARTIES SHALL SEEK CLARIFICATION FROM THE IRS REGARDING THEIR RESPONSIBILITY FOR REPAYMENT SINCE THE PETITIONER SAYS THAT SHE IS "UNCOLLECTIBLE".

*[handwritten: has not paid as of 4/29/18]*

THE RESPONDENT SHALL PAY $600.00 IN TO THE IRS FOR THE MONTHS OF OCTOBER, 2017 TO JANUARY 2018. THE RESPONDENT HAS FAILED TO PAY FOR THESE MONTHS. THE RESPONDENT SHALL PROVIDE A RECEIPT TO THE CLERK'S OFFICE UPON PAYMENT. DUE BY 3/30/18. THE COURT ORDERS THE RESPONDENT TO REIMBURSE THE PETITIONER FOR HALF OF AN X-RAY BILL DURING A TIME PERIOD WHERE HE HAD REMOVED HER FROM HIS INSURANCE AS WAS INDICATED IN THE COURT'S PREVIOUS ORDER. THE COURT OFFSETS THIS BILL FOR THE RESPONDENT'S SHOES DISCARDED BY THE PETITIONER. THE RESPONDENT SHALL PAY $43.50 TO THE PETITIONER BY 3/9/18.

*[handwritten: Not True, Letter from church given to Judge Herman she ignored]*

THE COURT ADVISED THE PARTIES THAT THE COURT WILL NOT CONSIDER ANY OTHER MEDICAL BILLS DURING THIS TIME PERIOD AS THE ISSUE WAS PREVIOUSLY ADJUDICATED AND IT IS NOW ALMOST 3 YEARS LATER.

This case is continued to: _____

02/27/2018
DATE                                  JUDGE

FORM DC-570 REVISED 11/16



EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | LAWRENCE HENDERSON THOMAS |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN District of VIRGINIA |
| Case number | 21-30247-KLP |

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**
Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number Street
Philadelphia      PA      19101-7346
City State              ZIP Code

Contact phone  1-800-973-0424

Contact email _____

Creditor Number: 15567359

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___ - ___ ___ ___ ___

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
P.O. Box 7317
Number Street
Philadelphia      PA      19101-7317
City State              ZIP Code

Contact phone  1-800-973-0424

Contact email _____

**4. Does this claim amend one already filed?**
[ ] No
[X] Yes. Claim number on court claims registry (if known) __5__     Filed on  02/09/2021
                                                                             MM / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

**7. How much is the claim?** $ 6,601.16. Does this amount include interest or other charges?

☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property: See Attachment

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No ☒ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 599.16 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    04/13/2021
                    MM / DD / YYYY

/s/ S. KIM TAYLOR
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | S. KIM | | TAYLOR |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 400 NORTH 8TH STREET, BOX 76, M/S ROOM 898 | | |
| | Number Street | | |
| | RICHMOND | VA | 23219 |
| | City | State | ZIP Code |
| Contact phone | (804) 916-8185 | Email | sarah.taylor@irs.gov |

# Proof of Claim for Internal Revenue Taxes



Form 410 Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** LAWRENCE HENDERSON THOMAS
AKA LAWRENCE H THOMAS
2501 BYRON STREET
HENRICO, VA 23223

Case Number
21-30247-KLP

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
01/26/2021

Amendment No. 1 to Proof of Claim dated 02/09/2021

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured Priority Claims — under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0593 | INCOME | 12/31/2017 | 05/07/2018 | $279.00 | $39.59 |
| XXX-XX-0593 | INCOME | 12/31/2018 | 01/13/2020 | $129.00 | $10.73 |
| XXX-XX-0593 | INCOME | 12/31/2019 | 1 4-PER RECORDS/DEBTOR | $137.00 | $3.84 |
| | | | | $545.00 | $54.16 |

**Total Amount of Unsecured Priority Claims:** $599.16

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0593 | INCOME | 12/31/2012 | 06/03/2013 | $471.79 | $562.04 |
| XXX-XX-0593 | INCOME | 12/31/2013 | 11/03/2014 | $1,155.00 | $363.22 |
| XXX-XX-0593 | INCOME | 12/31/2014 | 06/08/2015 | $792.00 | $262.59 |
| XXX-XX-0593 | INCOME | 12/31/2015 | 02/12/2018 | $312.00 | $74.05 |
| | | | | $2,730.79 | $1,261.90 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $213.82
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $1,795.49

**Total Amount of Unsecured General Claims:** $6,002.00

1 INFORMATION FROM DEBTOR OR RETURN RECEIVED THAT IS NOT YET ASSESSED. THIS CLAIM MAY BE AMENDED AS NECESSARY UPON ASSESSMENT OF THE LIABILITY OR EXAMINATION OF DEBTOR TAX RETURN.